UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J. O. J.L.,

Petitioner,

v.

TODD BLANCHE, et al.,

Respondents.

Case No. 1:26-cv-04142-DAD-JDP (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR HABEAS RELIEF AND ORDERING PETITIONER'S IMMEDIATE RELEASE

(Doc. Nos. 1, 7)

Petitioner is a federal immigration detainee proceeding through counsel with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 17, 2026, the assigned magistrate judge issued findings and recommendations recommending petitioner's petition be granted and that he be ordered immediately released. (Doc. No. 7 at 8.) Specifically, the magistrate judge concluded that petitioner's re-detention without a pre-detention hearing violated due process. (*Id.* at 2–7.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. On June 24, 2026, respondents filed objections to the findings and recommendations which comprise a single sentence stating that respondents object for the reasons stated in their prior briefing. (Doc. No. 8.) These objections

1

do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1. The findings and recommendations (Doc. No. 7) are ADOPTED IN FULL;

2. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows:

   a. Respondents are ORDERED to immediately release petitioner J. O. J.L., A-File No. unknown,[1] from respondents' custody under the same conditions he was subject to, if any, prior to his re-detention on or about February 16, 2026;

   b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before an immigration judge where respondents will have the burden of establishing that petitioner is either a danger or flight risk by clear and convincing evidence;

3. The Clerk of Court is directed to serve the California Detention Facility with a copy of this order; and

4. The Clerk of Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 25, 2026**                    _____
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE

---

[1] Because petitioner's motion to proceed pseudonymously was previously granted (Doc. No. 5), petitioner's A-File Number has been redacted from the parties' briefing and the court does not have access to that information.

2